IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KWESI B. AMONOO,

    Plaintiff,

v.

KAREN SPARLING, SULTON, BENDER,
KUTINA, MCDONALD, HOLSCLAW,
FORSYTHE, EGGERS, INGENTHRON,
FLATHAMMER, FEIBER, WALTERS,
WASHETAS and MARTINSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-603-slc

---

This action came for consideration before the court with District Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice as a sanction for plaintiff Kwesi B. Amonoo's falsification of evidence.

| /s/ | 7/14/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |